UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON MOSLEY, aka CARLTON MOSLEY, SR., <br><br> Petitioner, <br><br> vs. <br><br> J. WALKER (WARDEN), <br><br> Respondent. | Case No. CV 09-7178-ABC(RC) <br><br><br><br> JUDGMENT |

   Pursuant to the Opinion and Order on a petition for habeas corpus,

   IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED without prejudice.

DATE:  Nov. 12, 2009

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

R&R-MDO\09-7178.JUD
11/12/09